IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SYDNEY WAYNE CRUTCHFIELD**              **PETITIONER**
Reg #22436-075

v.                    CASE NO. 2:18-CV-00094 BSM

**GENE BEASLEY, Warden**
**FCI Forrest City, Arkansas**            **RESPONDENT**

## ORDER

The proposed findings and recommendation [Doc. No. 9] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, this petition is dismissed without prejudice to allow petitioner Sydney Crutchfield to exhaust his administrative remedies.

IT IS SO ORDERED this 5th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE